# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:11 CV 002

| | |
|---|---|
| RICK L. HODGES and CORNERSTONE HOMES OF HIGHLANDS, LLC, )<br><br>    Plaintiffs )<br><br>V )<br><br>MOUNTAIN HERITAGE BANK, )<br><br>    Defendant ) | **ORDER** |

**THIS MATTER** is before the court on W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* of Eileen H. Rumfelt. It appearing that Eileen H. Rumfelt is a member in good standing with the Georgia Bar and will be appearing with W. Carleton Metcalf, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* (#9) of Eileen H. Rumfelt is **GRANTED**, and that Eileen H. Rumfelt is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Carleton Metcalf.

Signed: April 19, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge