# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11CV2

| | |
|---|---|
| RICK L. HODGES and )<br>CORNERSTONE HOMES OF )<br>HIGHLANDS, LLC, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>MOUNTAIN HERITAGE BANK, )<br> )<br>    Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Substitute Party [# 19]. Defendant moves pursuant to Rule 25(c) to substitute First American Bank and Trust Company as the Defendant in this case. Defendant Mountain Heritage Bank was closed and placed in receivership on June 24, 2011. First American Bank and Trust Company then entered into a purchase and assumption agreement with the Federal Deposit Insurance Company. Accordingly, First American Bank and Trust Company is now the proper party to this action. Plaintiffs do not oppose the substitution of parties of this case. The Court, therefore, **GRANTS** the Motion to Substitute Party [# 19]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** First American Bank and Trust Company for Mountain Heritage Bank as Defendant and Counter Claimant in this action.

Signed: September 23, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge