# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL CASE NO. 2:11cv00002-MR-DLH

| | |
|---|---|
| **RICK HODGES and CORNERSTONE HOMES OF HIGHLANDS, LLC,** )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**FIRST AMERICAN BANK AND TRUST COMPANY,** )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the report of the parties that this case has been completely settled.

In light of the parties' settlement, the Court will allow the parties until December 21, 2012 to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal by the close of business on **December 21, 2012**.

**IT IS SO ORDERED.**

Signed: December 11, 2012

Martin Reidinger
United States District Judge